IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KEVIN D. WARD**                                                                                     **PLAINTIFF**

v.                                   **Case No. 4:13-cv-00469 KGB**

**QUEST DIAGNOSTICS**
**CLINICAL LABORATORIES, INC.**                                              **DEFENDANT**

## ORDER

Before this Court is a joint motion to dismiss this matter (Dkt. No. 22). In their motion, the parties request that this Court dismiss this case in its entirety, with each party bearing his or its own fees and costs, and that this Court retain jurisdiction of the matter for 60 days from the entry of this Order to ensure compliance by each party with any post-dismissal obligation. The Court grants the joint motion (Dkt. No. 22). Plaintiff Kevin Ward's claims against defendant Quest Diagnostics Laboratories, Inc., are dismissed and the relief requested is denied, with each party bearing his or its own fees and costs. The Court retains jurisdiction of this matter for 60 days from the entry of this Order to ensure compliance by each party with any post-dismissal obligation.

It is so ordered this 4th day of January, 2016.

_____
Kristine G. Baker
United States District Judge